**Order filed July 3, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00069-CR
_____

### LAWRENCE LANELL PARKER, II, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 264th District Court
Bell County, Texas
Trial Court Cause No. 76499**

---

## ORDER

The clerk's record in this appeal was filed with this court on December 22, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Pre-Sentence Investigation Report.

The Bell County District Clerk is directed to file a supplemental clerk's record, on or before **July 17, 2018**, containing the Pre-Sentence Investigation Report.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM